IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-172** |
| | : | |
| **SEAN MCGEE, SEAN SMITH, KEELY L. DEANGELIS** | : : | |

# ORDER

**AND NOW**, this 9th of February 2023, upon screening an incarcerated person's pro se civil rights Complaint (ECF Doc. No. 1) consistent with our obligations under 28 U.S.C. § 1915, and having found he cannot state a claim for deprivation of access to courts arising from a notary's alleged decision to not notarize his affidavit to his criminal defense attorney in pretrial discovery, but uncertain he could never allege a denial of access claim, and for reasons in an accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** the Complaint (ECF Doc. No. 1) without prejudice as to his claim for denial of access-to-courts under the First and Fourteenth Amendments relating to the notary's decision;

2. We **grant** the incarcerated person leave to file an amended Complaint no later than **March 10, 2023** if he can do so in good faith; and,

3. The Clerk of Court shall not issue summons(es) until further Order.

_____
**KEARNEY, J.**