IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON WILLIAMS | : CIVIL ACTION |
| | : |
| v. | : NO. 23-172 |
| | : |
| SEAN MCGEE, SEAN SMITH, KEELY L. DEANGELIS | : |

## ORDER

AND NOW, this 22nd day of May 2023, following our February 9, 2023 dismissal of the incarcerated Plaintiff's complaint (ECF Doc. Nos. 7, 8) with leave to amend, further study of the incarcerated Plaintiff's *pro se* amended Complaint (ECF Doc. No. 18) consistent with our Congressionally mandated screen obligations under 28 U.S.C. § 1915(e)(2)(B)(ii), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DISMISS** the amended Complaint (ECF Doc. No. 18) with prejudice and direct the Clerk of Court to **CLOSE** this case.

_____
KEARNEY, J.